IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                               No. 05-20075-B

RITA WILLIAMSON, RONALD HUGHES
and MARIO PARSON,

    Defendants.

---

### ORDER OF TRANSFER

---

On April 22, 2005, Judge Samuel H. Mays, Jr. entered an order transferring United States of America v. Rafat Jamal Mawlawi, Chandra Netters Lofton Taylor and Karim Ramzi, No. 05-20113, to the undersigned in exchange for an equivalent case. The court is hereby transferring the above-styled case to Judge Mays pursuant to the order of transfer. The parties shall, on all pleadings and correspondence related to this matter, change the judge's initials in the case number **from 05-20075-B/V to 05-20075-Ma/V**.

    **IT IS SO ORDERED** this 26th day of April, 2005.

                                      J. DANIEL BREEN
                                      UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4-26-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 42 in case 2:05-CR-20075 was distributed by fax, mail, or direct printing on April 26, 2005 to the parties listed.

---

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Juni S. Ganguli
LAW OFFICES OF JUNI GANGULI
40 S. Main Ave.
Ste. 1540
Memphis, TN 38103

L. Daniel Johnson
JOHNSON COCKE & BRANDON
254 Court Ave.
Ste. 300
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT