IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _Cg_ D.C.

05 JUL 20 PM 4: 33

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                NO. 05-20075-Ma

RITA WILLIAMSON,

    Defendant.

---

ORDER CONDITIONALLY WAIVING APPEARANCE AT REPORT DATE

---

On July 20, 2005, counsel for defendant Rita Williamson, filed a motion to waive the appearance of the defendant at the report date scheduled on July 22, 2005. For good cause shown, the motion is granted and the appearance of the defendant is waived on the condition that counsel file with the court a written waiver signed by the defendant. Upon its receipt, counsel shall immediately file the required written waiver.

It is so ORDERED this 20th day of July, 2005.

                                              SAMUEL H. MAYS, JR.
                                              UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  7-20-05

54

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 54 in case 2:05-CR-20075 was distributed by fax, mail, or direct printing on July 22, 2005 to the parties listed.

---

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Steffen G. Schreiner
LAW OFFICE OF STEFFEN G. SCHREINER
369 N. Main
Memphis, TN 38103

Juni S. Ganguli
LAW OFFICES OF JUNI GANGULI
40 S. Main Ave.
Ste. 1540
Memphis, TN 38103

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT