IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 28 PM 3: 32

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                                NO. 05-20075-Ma

RITA WILLIAMSON,

   Defendant.

ORDER GRANTING MOTION TO SEVER AND TRANSFER

Before the court is the July 25, 2005, unopposed motion of defendant Rita Williamson, to sever her from her co-defendants in this case and to transfer her case to Judge Bernice Donald, who is presiding over a related case in which this defendant is indicted. For good cause shown, the motion is granted. The defendant Rita Williamson is severed from her co-defendants and her case is hereby transferred to Judge Bernice Donald, in exchange for an equivalent case. Co-defendants Ronald Hughes and Mario Parson will remain before Judge Mays.

It is so ORDERED this 27th day of July, 2005.

                                     SAMUEL H. MAYS, JR.
                                     UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 7-29-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 58 in case 2:05-CR-20075 was distributed by fax, mail, or direct printing on July 29, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Juni S. Ganguli
LAW OFFICES OF JUNI GANGULI
40 S. Main Ave.
Ste. 1540
Memphis, TN 38103

Steffen G. Schreiner
LAW OFFICE OF STEFFEN G. SCHREINER
369 N. Main
Memphis, TN 38103

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT